# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JEFFREY MICHAELSLAMA HASTINGS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-1345

[June 11, 2026]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Frank Stevens Castor II, Judge; L.T. Case No. 502022MM008583AXXXSB.

Daniel Eisinger, Public Defender, and Mara Catherine Herbert, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Kimberly Tollett Acuña, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***